# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JONES STEPHENS CORP.,** | ] |
| Plaintiff, | ] |
| v. | ] CIVIL ACTION NO.: |
| | ] 2:17-CV-748 KOB |
| **COASTAL NINGBO HARDWARE MANUFACTURING CO., LTD, et al.** | ] |
| Defendants. | ] |

## ORDER OF PARTIAL DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT, COASTAL NINGBO HARDWARE MANUFACTURING CO., LTD

In accordance with the plaintiff's Stipulation of Dismissal with Prejudice, filed August 19, 2019 (doc. 122), the court hereby orders that the claims asserted against Coast Ningbo Hardware Manufacturing Co., Ltd, **only**, **which relate in any way to property damage occurring on or after April 28, 2016,** shall be, and are, **DISMISSED WITHOUT PREJUDICE**.

Plaintiff's remaining claims against Coastal Ningbo Hardware Manufacturing Co., Ltd and the claims against Great American E&S Insurance Co., New Century Insurance Services, Inc., AmWins Insurance Brokerage of California, LLC and AmWins Insurance Brokerage of Arizona, LLC, remain before the court.

DONE and ORDERED this 20th day of August, 2019.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE