# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **Jones Stephens Corp.,** | |
| Plaintiff(s), | |
| v. | **Civil Action No. 2:17-cv-748 KOB** |
| **Coastal Ningbo Hardware Manufacturing Co., LTD., et al.,** | |
| Defendant(s). | |

## JOINT STIPULATION OF DISMISSAL

COME NOW, the collective parties to this action and, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, jointly advise the Court that they have reached a settlement as to all claims remaining at issue in this matter. Accordingly, these parties jointly move the Court to dismiss with prejudice the claims of Plaintiff against Defendants, with each party to bear its own costs.

/s/Brandon T. Walker
───────────────────────────
Brandon T. Walker
Hartman, Springfield & Walker, LLP
3138 Cahaba Heights Road, Ste. 110
Vestavia Hills, AL 35243
Bar Number: WAL193
*Attorney for Jones Stephens Corp.*

Case 2:17-cv-00748-KOB   Document 126   Filed 02/05/20   Page 2 of 2

Jones Stephens Corp. v. Coastal Ningbo Hardware Manufacturing Co. LTD., et al.
Civil Action No.: 2:17-cv-748 KOB
Joint Stipulation of Dismissal

/s/Dean McElroy
_____
Dean McElroy
Clyde & Co US, LLP
24th Floor
101 Second Street
San Francisco, CA  94104
*Attorney for Great American E&S Ins. Co.*


/s/Laura C. Nettles
_____
Laura C. Nettles
Lloyd, Gray, Whitehead & Monroe, P.C.
880 Montclair Road, Suite 100
Birmingham, AL  35213
*Attorney for Amwins Insurance Brokerage of California, LLC; Amwins Insurance Brokerage of Arizona, LLC*


/s/Allan S. Jones
_____
Allan S. Jones
Carr Allison Oliver & Sisson, P.C.
100 Vestavia Parkway
Birmingham, AL  35216
*Attorney for New Century Insurance Services, Inc.*


/s/Michael T. Sansbury
_____
Michael T. Sansbury
Spotswood Sansom & Sansbury LLC
One Federal Place, Suite 1050
1819 Fifth Avenue North
Birmingham, AL  35203
*Attorney for Coastal Ningbo Hardware Manufacturing Co., Ltd.*