# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JONES STEPHENS CORP.,**  ]  <br>　　Plaintiff,　　　　　　　　] <br>　　　　　　　　　　　　　　] <br> **VS.**　　　　　　　　　　　] <br>　　　　　　　　　　　　　　] <br> **COASTAL NINGBO**　　　　] <br> **HARDWARE**　　　　　　　] <br> **MANUFACTURING CO., LTD.,**　] <br> **et al.,**　　　　　　　　　　] <br>　　Defendants.　　　　　　　] | **CIVIL ACTION NO.** <br> **2:17-CV-748 KOB** |

## O R D E R

This cause comes before the court upon the "Joint Stipulation of Dismissal." (Doc. 127).  Upon consideration thereof, the court ORDERS that this case be, and the same hereby is, DISMISSED, in its entirety, WITH PREJUDICE, each party to bear its own costs.

**DONE**  and **ORDERED** this 10th day of February, 2020.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE